

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
KATRINA MCCLENNY

CHIEF STAFF ATTORNEY
KERI L. HUNT

# TWELFTH COURT OF APPEALS

Wednesday, August 31, 2022

Ms. Beverly Dixon
10209 Pleasant Hollow Road
Tyler, TX 75709
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:            12-22-00168-CV
          Trial Court Case Number:   CV19-0565-173

**Style:**    Lazy W Conservation District
          v.
          Arlis A. Jones

You are hereby notified that in the above-described case, the following decision and order was this day made and entered by this Court:

"THIS DAY came on to be considered the Ms. Beverly Dixon's request for an extension of time to file the reporter's record herein; and the same being inspected, it is ORDERED that the motion be, and hereby is, **OVERRULED**. It is **FURTHER ORDERED** that the reporter's record in this cause be filed on or before **Monday, September 12, 2022.**"

Very truly yours,

By: _Katrina McClenny_
    Katrina McClenny, Clerk

cc:    Judge Christi J. Kennedy (DELIVERED VIA E-MAIL)
      Mr. Richard B. Phillips Jr. (DELIVERED VIA E-MAIL)
      Mr. Gregory D. Smith (DELIVERED VIA E-MAIL)